```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 22684
    GARY ANTHONY FIELDS SR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-4179


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/27/2008 and was not confirmed.

    The case was dismissed without confirmation 01/08/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00            .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE          .00            .00            .00
HEAVNER SCOTT BEYERS & M MORTGAGE NOTI   NOT FILED             .00            .00
RMI/MCSI                 UNSEC W/INTER       229.34            .00            .00
T MOBILE                 UNSEC W/INTER       459.94            .00            .00
FORD MOTOR CREDIT        UNSEC W/INTER      2044.10            .00            .00
ASSOC AREA COUNSEL       NOTICE ONLY     NOT FILED             .00            .00
CBE GROUP                PRIORITY        NOT FILED             .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED             .00            .00
IRS                      NOTICE ONLY     NOT FILED             .00            .00
ADVOCATE SO SUBURBAN HOP UNSEC W/INTER   NOT FILED             .00            .00
ADVOCATE SO SUBURBAN HOP UNSEC W/INTER   NOT FILED             .00            .00
AFNI INC                 NOTICE ONLY     NOT FILED             .00            .00
AFNI-BLOOM               UNSEC W/INTER   NOT FILED             .00            .00
AMEX                     NOTICE ONLY     NOT FILED             .00            .00
AURORA LOAN SERVICES     NOTICE ONLY     NOT FILED             .00            .00
BACHRACH                 NOTICE ONLY     NOT FILED             .00            .00
BUR COL RECO             NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED             .00            .00
CINGULAR                 UNSEC W/INTER   NOT FILED             .00            .00
CITIBANK                 UNSEC W/INTER   NOT FILED             .00            .00
CITIBANK                 UNSEC W/INTER   NOT FILED             .00            .00
COLLECTIONS SVC          UNSEC W/INTER   NOT FILED             .00            .00
DIVERSIFIED CREDIT SERVI UNSEC W/INTER   NOT FILED             .00            .00
DIVERSIFIED CREDIT SERVI NOTICE ONLY     NOT FILED             .00            .00
HSBC NV                  NOTICE ONLY     NOT FILED             .00            .00
ILLINOIS TITLE LOANS     UNSEC W/INTER   NOT FILED             .00            .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY     NOT FILED             .00            .00
MEDICREDIT CORPORATION   UNSEC W/INTER   NOT FILED             .00            .00
CITY OF CHICAGO DEPT OF  UNSEC W/INTER       220.00            .00            .00
MUTUAL HOSPITAL SVC INC  UNSEC W/INTER   NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS    UNSEC W/INTER   NOT FILED             .00            .00
NICOR GAS                NOTICE ONLY     NOT FILED             .00            .00
OAK FOREST HOSPITAL      UNSEC W/INTER   NOT FILED             .00            .00
OAKLAWN RADIOLOGY IMAGIN UNSEC W/INTER   NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 22684 GARY ANTHONY FIELDS SR
```

```
PROFFESSIONAL ACCOUNT MG  UNSEC W/INTER  NOT FILED              .00           .00
SPIEGEL                   NOTICE ONLY    NOT FILED              .00           .00
T MOBILE                  NOTICE ONLY    NOT FILED              .00           .00
TOYOTA MOTOR CREDIT       NOTICE ONLY    NOT FILED              .00           .00
TRNTY ST LNS              UNSEC W/INTER  NOT FILED              .00           .00
TRUSTMARK RECOVERY        UNSEC W/INTER  NOT FILED              .00           .00
UP PMAC                   NOTICE ONLY    NOT FILED              .00           .00
REGIONS MORTGAGE          NOTICE ONLY    NOT FILED              .00           .00
T MOBILE                  NOTICE ONLY    NOT FILED              .00           .00
GARY FIELD JR             NOTICE ONLY    NOT FILED              .00           .00
STEVEN A LEAHY            DEBTOR ATTY              .00                        .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          ---------------    ---------------
TOTALS                          .00                 .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE